Dismissed and Memorandum Opinion filed March 16, 2006









Dismissed and Memorandum Opinion filed March 16, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00608-CV

____________

 

DAVID FOSTER and CHRISTEENE FOSTER, Individually and
as Next Friend of CHRISTOFER FOSTER, Appellants

 

V.

 

BYBEE DEVELOPMENT CORPORATION; JOHN CLINTON BYBEE,
JR., Individually and d/b/a BYBEE & OLIVER; TRACY N. LAWRENCE; JELIFF
FAMILY TRUST; TNT & ELL LTD., Appellees

 



 

On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 03-55425

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 16, 2005.  The clerk=s record was filed on July 20,
2005.  No reporter=s record was taken in this case.  No brief was filed.








On February 2, 2006, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before March 2, 2006, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 16, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.